IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-5433 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE FAILURE TO APPEAR AT** |
| TERRY TRANG NGUYEN, | **CASE MANAGEMENT CONFERENCE** |
| Defendant. / | |

This matter came on for a regularly-scheduled case management conference on Wednesday, October 24, 2012. Plaintiff was present through counsel on the telephone, but defendant did not appear, nor did defendant contact the Court in any way concerning defendant's absence. Further, plaintiff's counsel represents that he was unable to obtain defendant's cooperation in discussing, preparing or filing the Case Management statement, which pursuant to court rules is required to be jointly prepared.

Defendant is therefore **ORDERED to show cause, in a writing to be filed with the Court and served on plaintiff no later than November 9, 2012,** why defendant did not appear at the case management conference and why defendant did not cooperate with plaintiff's counsel in preparing the Case Management Conference Statement. Defendant is cautioned that if he does not cooperate with plaintiff's counsel in the preparation of this case for trial as required by the Federal Rules of Civil Procedure, and/or does not appear for regularly scheduled court appearances without making prior arrangements with the Court, then case-related sanctions may be imposed.

If defendant wishes to obtain procedural assistance in this matter, he may consult the Legal Help Center, located in the San Francisco federal courthouse at 450 Golden Gate Avenue, 15th Floor, Room

2796 San Francisco, CA 94102, and reachable at (415) 782-9000 x8657; or the Legal Help Center in the San Jose federal courthouse at 280 South 1st Street, 4th Floor, Room 4093-4095, San Jose, CA 95113, and reachable at (408) 297-1480.

**IT IS SO ORDERED.**

Dated: October 26, 2012

SUSAN ILLSTON
United States District Judge