1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  J & J SPORTS PRODUCTIONS, INC.,        CASE NO. 3:11-cv-05433-SI

11                  Plaintiff,             STIPULATION OF DISMISSAL OF
                                           PLAINTIFF'S COMPLAINT AGAINST
12            vs.                          DEFENDANT TERRY TRANG NGUYEN,
                                           individually and d/b/a THAO CAFÉ A/K/A
13                                         DA THAO DELI
    TERRY TRANG NGUYEN,
14
                    Defendant.
15

16

17        IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS

18  PRODUCTIONS, INC. and Defendant TERRY TRANG NGUYEN, individually and d/b/a THAO

19  CAFÉ A/K/A DA THAO DELI, that the above-entitled defendant is hereby dismissed without

20  prejudice against TERRY TRANG NGUYEN, individually and d/b/a THAO CAFÉ A/K/A DA

21  THAO DELI, and subject to the Court's jurisdiction to enforce the settlement agreement reached

22  between the Parties.

23        IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

24  motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be with prejudice.

25  ///
    ///
26  ///
27  ///
28

STIPULATION OF DISMISSAL
3:11-cv-05433-SI
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2    referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6    Dated: __10/3/13__

       LAW OFFICES OF THOMAS P. RILEY, P.C.
7      By:  Thomas P. Riley, Esquire
       Attorneys for Plaintiff
8      J & J SPORTS PRODUCTIONS, INC.

9

10

11   Dated:  11/12/13

       TERRY TRANG NGUYEN
12     Individually and d/b/a THAO CAFÉ A/K/A DA THAO DELI

13

14

15

16

17

18

19

20

21

22

23

24   IT IS SO ORDERED:

25

26   The Honorable Susan Illston          Dated: __12/12/13__
27   United States District Court
     Northern District of California
28

STIPULATION OF DISMISSAL
3:11-cv-05433-SI
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 31, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, individually and d/b/a THAO CAFÉ A/K/A DA THAO DELI**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Terry Trang Nguyen                          (Defendant, Pro Se)
888 Story Road
San Jose, CA 95122

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 31, 2013, at South Pasadena, California.

Dated: October 31, 2013

VANESSA VENTURA

STIPULATION OF DISMISSAL
3:11-cv-05433-SI
PAGE 3